UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JEFFREY S. JACKSON,

                                Plaintiff,             5:19-CV-1326
                                                           (GTS/TWD)

v.

STF SERVICES CORP.; BLOOMBERG L.P.;
THE BUREAU OF NATIONAL AFFAIRS, INC.;
and MICHAEL BLOOMBERG,

                                Defendants.
_____

GLENN T. SUDDABY, Chief United States District Judge

## **BAR ORDER**

On December 23, 2019, in this *pro se* employment civil rights action filed by Jeffrey S. Jackson ("Plaintiff") against STF Services Corp., Bloomberg L.P., the Bureau of National Affairs, Inc., and Michael Bloomberg ("Defendants"), the Court issued a Text Order that, *inter alia*, directed Plaintiff to show cause, within fourteen (14) days of the date of the Text Order, as to why the Court should not issue an Order barring Plaintiff from filing *pro se* any future motions or documents in this action without first obtaining leave of the Court. (Dkt. No. 63.) Plaintiff has not attempted to show such cause, and the deadline by which to do so has expired. (*See generally* Docket Sheet.)

After carefully considering the matter, the Court finds that Plaintiff should be so barred, pursuant to 28 U.S.C. § 1651(a) and the Court's inherent authority to control and manage its own docket so as to prevent abuse in its proceedings, for the reasons stated in the Court's Text Order of December 23, 2019. (Dkt. No. 63.) To those reasons, the Court adds only that, rather than attempt to show the cause required by

the Court's Text Order, Plaintiff has continued his vexatious conduct, filing six more "notices of motion" that improperly lacked either a supporting memorandum of law or supporting affidavit (Dkt. Nos. 64, 65, 66, 67, 68, 70), filing a statement of material facts that omitted any record citations in violation of Local Rule 7.1 (Dkt. No. 67, at 3-12), continuing to ignore the Court's directive to provide to the Court summonses for issuance by the Court (*compare* Dkt. No. 68 at 2 *and* Dkt. No. 69 *with* Dkt. Nos. 21, 29, 41, 60 and 63), and continuing to file motions that he knows (or reasonably should know) to be without cause given the Court's prior rulings (*compare* Dkt. Nos. 68 and 70 *with* Dkt. No. 63; *compare* Dkt. No. 66 *with* Dkt. Nos. 24, 28, 42, 43, 48, 58 and 63).

Because of Plaintiff's inability to prosecute this action *pro se*, Defendant Bureau of National Affairs' pending motion to dismiss (Dkt. No. 51) is denied without prejudice as moot, Plaintiff's Amended Complaint (Dkt. No. 27) is *sua sponte* dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute and/or comply with Orders of this Court, and this action shall be closed. This action shall be reopened only upon the filing of a notice of appearance by counsel for Plaintiff (or an Order of this Court granting Plaintiff leave to proceed *pro se*).

**ACCORDINGLY**, it is

**ORDERED** that Plaintiff is hereby **BARRED** from filing *pro se* any future motions or documents in this action without first obtaining leave of the Court, pursuant to 28 U.S.C. § 1651(a) and the Court's inherent authority to control and manage its own docket so as to prevent abuse in its proceedings; and it is further

**ORDERED** that Defendant Bureau of National Affairs' motion to dismiss (Dkt.

No. 51) is **<u>DENIED</u>** *without prejudice* as moot; and it is further

**ORDERED** that Plaintiff's Amended Complaint (Dkt. No. 27) is *sua sponte* **<u>DISMISSED</u>** *without prejudice* under Fed. R. Civ. P. 41(b) for failure to prosecute and/or comply with Orders of this Court; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this action, and reopen it only upon the filing of a notice of appearance by counsel for Plaintiff (or an Order of the Court granting Plaintiff leave to proceed *pro se*); and it is further

**CERTIFIED** pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Bar Order would not be taken in good faith; and it is further

**ORDERED** that the Clerk shall serve a copy of this Bar Order on Plaintiff by certified mail.

Dated: January 8, 2020
Syracuse, New York

Hon. Glenn T. Suddaby
Chief U.S. District Judge